UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                 v.<br><br>FRANKIE BRUNSON,<br><br>                                    Defendant. | **ORDER** |

KATHERINE POLK FAILLA, District Judge:

At a conference held on May 21, 2024, the Court determined that there were conditions pursuant to which Defendant Frankie Brunson could be released pending the resolution of non-compliance proceedings brought against him by the United States Probation Office for the Southern District of New York (the "Probation Office"). In broad summary, the Court found that, if a successful home inspection were conducted by the Probation Office at the residence of Mr. Brunson's partner, Mr. Brunson could be released to that residence with location monitoring equipment, and with a curfew restricting him to the residence each evening between the hours of 7:00 p.m. and 7:00 a.m. In addition, if released, Mr. Brunson would be required to comply with the mandatory, standard, and special conditions of supervised release imposed at his original sentencing.

It is the Court's understanding that the home visit to Mr. Brunson's proposed residence will take place during the morning of May 22, 2024. The Probation Office shall inform the Court and the parties of the outcome of that visit. If the Probation Office approves of said residence, it shall inform the

2

United States Marshals Service (the "USMS") of that approval without delay. The Court ORDERS that, upon receipt of any such approval, and unless any pending warrants, detainers or other issues are encountered, the USMS shall release Mr. Brunson to the custody of the Probation Office for the fitting of location monitoring equipment attendant to his release from detention.

    SO ORDERED.

Dated:    May 21, 2024
             New York, New York

                                         KATHERINE POLK FAILLA
                                         United States District Judge